# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1874

———————

Darnell Forest,     *
      *
      Appellant,     *
      *    Appeal from the United States
    v.      *    District Court for the Eastern
      *    District of Missouri.
Barnes Jewish Hospital; Patrick Barnes;   *
Mary Arnold; Genelda Cornelison,     *     [UNPUBLISHED]
      *
      Appellees.     *

———————

Submitted: February 2, 2010
Filed: February 4, 2010

———————

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Darnell Forest appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. After reviewing the record de novo, and viewing the record in the light most favorable to Forest, see Woods v. DaimlerChrysler Corp., 409 F.3d 984, 990 (8th Cir. 2005) (summary judgment standard of review); Koch Eng'g Co. v. Gibralter Cas. Co., 78 F.3d 1291, 1294 (8th Cir. 1996) (standard of review for determination of state law), we conclude summary

———————

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

judgment was proper for the reasons stated in the district court's thorough opinion. We affirm.  <u>See</u> 8th Cir. R. 47B.

_____